UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 26-80181-CIV-CANNON

**ARTUR SULEYMANOV**, *et al.*,

    Plaintiffs,

v.

**KRISTI NOEM**, *et al.*,

    Defendants.

_____/

## ORDER REQUIRING PRO SE PLAINTIFFS
## TO CONSENT TO RECEIVE ELECTRONIC FILINGS

**THIS CAUSE** comes before the Court upon a sua sponte review of the record. Upon review, and to promote orderly and efficient communication in this case, it is hereby

**ORDERED AND ADJUDGED** that, on or before **March 13**, **2026**, Plaintiffs shall each complete and file with the Court, the "Consent by Pro Se Litigant (Non-Prisoner) to receive NEFs" form, which can be found at https://www.flsd.uscourts.gov/forms/all-forms. Failure to comply with this order or to justify through a written motion why compliance is not possible may result in sanctions, including dismissal of this case without further notice.

The **CLERK** is instructed to mail a copy of this Order to Plaintiffs at the addresses listed below and thereafter file a Notice of Compliance.

**ORDERED** in Chambers at Fort Pierce, Florida, this 24th day of February 2026.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:    **Artur Suleymanov**
       17609 Key Lime Blvd
       Loxahatchee, Florida 33470
       **PRO SE**

CASE NO. 26-80181-CIV-CANNON

**Elza Suleimanova**
17609 Key Lime Blvd
Loxahatchee, Florida 33470
**PRO SE**

**N. S.**
17609 Key Lime Blvd
Loxahatchee, Florida 33470
**PRO SE**

**A. S.**
17609 Key Lime Blvd
Loxahatchee, Florida 33470
**PRO SE**