**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO. 26-80181-CIV-CANNON**

**ARTUR SULEYMANOV***, et al.*,

       Plaintiffs,

v.

**KRISTI NOEM***, et al.*,

       Defendants.

_____/

### ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION
### TO DISMISS FOR LACK OF JURISDICTION

**THIS CAUSE** comes before the Court upon Defendants' Unopposed Motion to Dismiss for Mootness (the "Motion"), filed on May 5, 2026 [ECF No. 19]. The Court has carefully reviewed the Motion [ECF No. 19], the record in this case, the applicable law, and is otherwise fully advised. For the reasons discussed below, the Motion is **GRANTED** and Plaintiffs' Complaint is **DISMISSED WITHOUT PREJUDICE**.

The Complaint in this case seeks a writ of mandamus compelling Defendants to adjudicate Plaintiffs' pending I-485 Applications for Adjustment of Status [ECF No. 1]. In response, Defendants note that the United States Citizenship and Immigration Services (USCIS) recently adjudicated the Applications, issued notices to Plaintiffs granting the applications, and issued green cards to Plaintiffs [ECF No. 19].

A case is moot "when it no longer presents a live controversy with respect to which the court can give meaningful relief." *Crown Media, LLC v. Gwinnett County, Ga.*, 380 F.3d 1317, 1324 (11th Cir. 2004) (internal citation and quotation omitted); *Bathazi v. U.S. Dep't of Homeland Sec.*, 667 F. Supp. 2d 1375, 1378 (S.D. Fla. 2009) ("A case is moot 'when it no longer presents a

live controversy.'" (quoting *Fla. Ass'n of Rehab. Facilities, Inc. v. Fla. Dep't of Health and Rehab. Servs.*, 225 F.3d 1208, 1216–17 (11th Cir. 2000))).

That is the case here.  Defendants represent, and Plaintiffs agree, that the issue has been resolved after USCIS's adjudication of the Form I-485 Applications [ECF No. 19].  Therefore, the case is moot.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.  Defendants' Motion to Dismiss [ECF No. 19] is **GRANTED**.

2.  Plaintiffs' Complaint [ECF No. 1] is **DISMISSED WITHOUT PREJUDICE**.

3.  The Clerk of Court is directed to **CLOSE** this case.

4.  Any scheduled hearings are **CANCELED**, and all deadlines are **TERMINATED**.

**ORDERED** in Chambers at Fort Pierce, Florida, this 15th day of May 2026.

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record

2